```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 28648
    LAWRENCE GREEN
    DOROTHY GREEN                               CHAPTER 13

                                                JUDGE: JACQUELINE P COX
           Debtor
   SSN XXX-XX-8099    SSN XXX-XX-4423

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/23/2008 and was not confirmed.

     The case was dismissed without confirmation 12/01/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                         PAID         PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE UNSECURED        4379.81         .00          .00
RJM AQUISITIONS FUNDING  UNSECURED          27.19         .00          .00
PRO SE DEBTOR            DEBTOR ATTY         .00                       .00
TOM VAUGHN               TRUSTEE                                       .00
DEBTOR REFUND            REFUND                                        .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         --------------        --------------
TOTALS                     .00                      .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
    Dated: 03/05/09           _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```